IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

Walton, Genelle N.                                : Chapter 13

Debtor                                            : 17-12411

## ORDER

**AND NOW**, this 5th day of June, 2018, it is hereby **ORDERED** that if Genelle N. Walton (the "Debtor") and Pennsylvania Housing Finance Agency ("PHFA" and/or "Mortgagee") elect to enter into the proposed trial loan modification and thereafter into a permanent loan modification under the terms proposed by Mortgagee, the Debtor and Mortgagee may do so without there being any violation of the bankruptcy stay, or the provisions of 11 U.S.C. § 362.

_____
Ashely M. Chan
United States Bankruptcy Judge

John L. Mc Clain, Attorney for Debtor
John L. Mc Clain and Associates
PO Box 123
Narberth, PA 19072-0123

Walton, Genelle N.
7150 N. 20th Street
Philadelphia, PA 19138

PA Houising Finance Agency
Loan Servicing Division
211 N. Front Street
Harrisburgh, PA 17101
ATTN: John Goryl, Jr.

KML Law Group, P.C.
701 Market Street, STE 5000
Philadelphia, PA 19106

William C. Miller, Trustee
P.O. Box 40119
Philadelphia, PA 19106

United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107