United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 17-12411-amc
Genelle N. Walton                                                         Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2         User: John              Page 1 of 1           Date Rcvd: Jun 05, 2018
                            Form ID: pdf900          Total Noticed: 9

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 07, 2018.
db              +Genelle N. Walton,    7150 N. 20th Street,   Philadelphia, PA 19138-2128
cr              +PRA Receivables Management, LLC,    PO Box 14067,   Norfolk, VA 23518-0067
13895996        +KML Law Group, PC,    701 Market Street,   Philadelphia, PA 19106-1538

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: megan.harper@phila.gov Jun 06 2018 02:27:57     City of Philadelphia,
                 City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 06 2018 02:27:35
                 Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 06 2018 02:27:49     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr              +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 06 2018 02:32:09     Orion,
                 c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
13895999        +E-mail/Text: blegal@phfa.org Jun 06 2018 02:27:43     Pa Housing Finance Age,   PO Box 8029,
                 Harrisburg, PA 17105-8029
14004790        +E-mail/Text: blegal@phfa.org Jun 06 2018 02:27:43     Pennsylvania Housing Finance Agency,
                 211 North Front Street,   Harrisburg, PA 17101-1406
                                                                                          TOTAL: 6

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 07, 2018                         Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 5, 2018 at the address(es) listed below:
              JOHN L. MCCLAIN    on behalf of Debtor Genelle N. Walton  aaamcclain@aol.com,  edpabankcourt@aol.com
              LEON P. HALLER    on behalf of Creditor    Pennsylvania Housing Finance Agency lhaller@pkh.com,
               dmaurer@pkh.com;mgutshall@pkh.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Pennsylvania Housing Finance Agency
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                               TOTAL: 5

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**IN RE:**

    **Walton, Genelle N.**          : **Chapter 13**

    **Debtor**               : **17-12411**

## ORDER

    **AND NOW**, this 5th day of June , 2018, it is hereby **ORDERED** that if Genelle N. Walton (the "Debtor") and Pennsylvania Housing Finance Agency ("PHFA" and/or "Mortgagee") elect to enter into the proposed trial loan modification and thereafter into a permanent loan modification under the terms proposed by Mortgagee, the Debtor and Mortgagee may do so without there being any violation of the bankruptcy stay, or the provisions of 11 U.S.C. § 362.

_____
Ashely M. Chan
United States Bankruptcy Judge

John L. Mc Clain, Attorney for Debtor
John L. Mc Clain and Associates
PO Box 123
Narberth, PA 19072-0123

Walton, Genelle N.
7150 N. 20th Street
Philadelphia, PA 19138

PA Houising Finance Agency
Loan Servicing Division
211 N. Front Street
Harrisburgh, PA 17101
ATTN: John Goryl, Jr.

KML Law Group, P.C.
701 Market Street, STE 5000
Philadelphia, PA 19106

William C. Miller, Trustee
P.O. Box 40119
Philadelphia, PA 19106

United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107