```
                              United States Bankruptcy Court
                              Eastern District of Pennsylvania
In re:                                                               Case No. 17-12411-amc
Genelle N. Walton                                                    Chapter 13
         Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: YvetteWD           Page 1 of 2           Date Rcvd: Aug 08, 2018
                              Form ID: 152             Total Noticed: 36
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 10, 2018.
```
db             +Genelle N. Walton,    7150 N. 20th Street,    Philadelphia, PA 19138-2128
13895984       +Aes/goal Financial,    Po Box 61047,    Harrisburg, PA 17106-1047
13915872       +American Education Services,    PO BOX 8183,    HARRISBURG, PA 17105-8183
13964511       +CASH NET,    Williamson and Brown,LLC,    4691 Clifton Pkwy,    Hamburg, NY 14075-3201
13895987       +Convergent Outsoucing, Inc,    PO Box 9004,    Renton, WA 98057-9004
13895989       +Fed Loan Servicing,    PO Box 69184,    Harrisburg, PA 17106-9184
13895991       +First National Credit Card/Legacy,    First National Credit Card,    PO Box 5097,
                 Sioux Falls, SD 57117-5097
13895992        Fst Premier,    601 S Minneapolis Ave,    Sioux Falls, SD 57104
14037638        GLHEC & Aff OBO Great Lakes Higher Ed Guar Corp,     PO Box 8961,    Madison WI 53708-8961
13895995       +John L. McClain and Associates,     PO Box 123,    Narberth, PA 19072-0123
13895996       +KML Law Group, PC,    701 Market Street,    Philadelphia, PA 19106-1538
13968684       +Matteo S. Weiner, Esquire,    KML Law Group, P.C.,    Atty for Pennsylvania Housing Finance,
                 701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
13896000       +Perfection Collection,    313 E 1200 S,    Orem, UT 84058-6972
13896002       +Trident Asset Management,    Attn: Bankruptcy,    PO Box 888424,    Atlanta, GA 30356-0424
13962770        U.S. Department of Education,    C/O FedLoan Servicing,    P.O. Box 69184,
                 Harrisburg, PA 17106-9184
13903736       +U.S. Department of Housing and Urban Development,     451 7th Street S.W.,
                 Washington, DC 20410-0002
13896003       +Water Revenue,    City of Philadelphia,    PO Box 41496,    Philadelphia, PA 19101-1496
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Aug 09 2018 01:53:47      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 09 2018 01:53:27
                 Pennsylvania Department of Revenue,     Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 09 2018 01:53:42     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13895985       +E-mail/Text: EBNProcessing@afni.com Aug 09 2018 01:53:39      Afni,    PO Box 3427,
                 Bloomington, IL 61702-3427
13990426        E-mail/Text: megan.harper@phila.gov Aug 09 2018 01:53:47      Water Revenue Bureau,
                 c/o Pamela Elchert Thurmond,    Law Department   Tax Unit MSB,
                 1401 John F. Kennedy Blvd., 5th Floor,     Philadelphia, PA  19102-1595
13895986        E-mail/Text: megan.harper@phila.gov Aug 09 2018 01:53:47      City of Philadelphia,
                 Law Dept Tax Unit,    1515 Arch Street, 14th Floor,    Philadelphia, PA 19102
13895988       +E-mail/Text: bknotice@ercbpo.com Aug 09 2018 01:53:38      ERC/Enhanced Recovery Corp,
                 8014 Bayberry Rd,    Jacksonville, FL 32256-7412
13895990       +E-mail/Text: bnc-bluestem@quantum3group.com Aug 09 2018 01:53:56      Fingerhut,
                 6250 Ridgewood Rd,    St Cloud, MN 56303-0820
13895994       +E-mail/Text: dleabankruptcy@hrblock.com Aug 09 2018 01:53:21      H&R Block,
                 Emerald Financial Svcs,    PO Box 30040,    Tampa, FL 33630-3040
13895997       +E-mail/Text: bankruptcydpt@mcmcg.com Aug 09 2018 01:53:35      Midland Funding,
                 Attn: Bankruptcy,    PO Box 939069,    San Diego, CA 92193-9069
13902693        E-mail/PDF: cbp@onemainfinancial.com Aug 09 2018 01:54:35      ONEMAIN FINANCIAL,
                 P.O. BOX 3251,    EVANSVILLE, IN 47731-3251
13895998       +E-mail/PDF: cbp@onemainfinancial.com Aug 09 2018 01:54:35      OneMain,    Attn: Bankruptcy,
                 601 NW 2nd St,    Evansville, IN 47708-1013
13903318       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 09 2018 01:54:36      Orion,
                 c/o PRA Receivables Management, LLC,     PO Box 41021,    Norfolk, VA 23541-1021
13933114       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 09 2018 01:54:44
                 Orion Portfolio Services LLC,    c/o PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
13983059        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 09 2018 01:54:36
                 Portfolio Recovery Associates, LLC,     PO Box 41067,    Norfolk, VA 23541
13902843       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 09 2018 01:54:36
                 PRA Receivables Management, LLC,     PO Box 41021,    Norfolk, VA 23541-1021
13895999       +E-mail/Text: blegal@phfa.org Aug 09 2018 01:53:36      Pa Housing Finance Age,    PO Box 8029,
                 Harrisburg, PA 17105-8029
14004790       +E-mail/Text: blegal@phfa.org Aug 09 2018 01:53:37      Pennsylvania Housing Finance Agency,
                 211 North Front Street,    Harrisburg, PA 17101-1406
13896001       +E-mail/Text: bankruptcy@sw-credit.com Aug 09 2018 01:53:36      Southwest Credit Systems,
                 4120 International Parkway Ste 1100,     Carrollton, TX 75007-1958
                                                                                              TOTAL: 19
```

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

```
District/off: 0313-2           User: YvetteWD              Page 2 of 2                   Date Rcvd: Aug 08, 2018
                               Form ID: 152                Total Noticed: 36

13895993*     +Genelle N. Walton,    7150 N. 20th Street,    Philadelphia, PA 19138-2128
                                                                                    TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 10, 2018                                          Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 8, 2018 at the address(es) listed below:
          JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com,
           ecfemails@ph13trustee.com
          JOHN L. MCCLAIN    on behalf of Debtor Genelle N. Walton aaamcclain@aol.com,   edpabankcourt@aol.com
          LEON P. HALLER    on behalf of Creditor    Pennsylvania Housing Finance Agency lhaller@pkh.com,
           dmaurer@pkh.com;mgutshall@pkh.com
          MATTEO SAMUEL WEINER    on behalf of Creditor    Pennsylvania Housing Finance Agency
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                              TOTAL: 6
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Genelle N. Walton

    Debtor(s)

Case No: 17−12411−amc

Chapter: 13

---

### *NOTICE OF RESCHEDULED HEARING*

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Ashely M. Chan

, United States Bankruptcy Court 10/2/18 at 10:00 AM , in Courtroom #4, 900 Market Street, Philadelphia, PA 19107

For The Court

Timothy B. McGrath
Clerk of Court

44 − 16, 21, 22, 24, 31, 32
Form 152