**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                            : Chapter 13
    Walton, Genelle N.
    Debtor                                 : 17-12411

**AMENDED ORDER DIRECTING EMPLOYER* TO MAKE WAGE
DEDUCTIONS FOR REMITTANCE TO TRUSTEE**

**TO EMPLOYER:
COPA Executive Off-Bur of Comm Pay Op
PO Box 8006
Harrisburg, PA 17105-8006**

Re:   **Walton, Genelle N.**
SSN:   xxx-xx-0783

The future earnings of the above named debtor Walton, Genelle N., being subject to the continuing supervision and control of the court for the purpose of enforcing the terms of the debtor's amended chapter 13 plan,

**It IS HEREBY ORDERED** that the employer of the debtor shall deduct from the earnings of the debtor, beginning with the next pay period following the receipt of this order the sum of:  **$380.00 for 15 months (Started on 5/1/17), then as of August 1, 2018, the payment shall decrease to $250.00 monthly for a period of 21 months,** pro rata per pay period (if paid weekly divide by four, biweekly divide by 2 for the amount per pay period).

The employer shall continue said deductions until further Order of this Court and shall remit all monies withheld from the debtor's earnings at least monthly, or more frequently if convenient, in the dollar amounts stated below to: the chapter 13 Trustee whose names and addresses that appear below.

**$380.00 for 15 months (Started on 5/1/17), then as of August 1, 2018, the payment shall decrease to $250.00 monthly for a period of 21 months  to:**

William C. Miller, Trustee, P.O. Box 1799, Memphis, TN  38101-1799.

BY THE COURT:

**Date: October 10, 2018**                  _____
                                                 JUDGE   ASHELY M. CHAN

COPA Executive Off-Bur of Comm Pay Op
PO Box 8006
Harrisburg, PA 17105-8006

Walton, Genelle N.

7150 N. 20th Street
Philadelphia, PA 19138

William C. Miller, Trustee
P.O. Box 40119
Philadelphia, PA 19106

John L. Mc Clain, Attorney for Debtor
John L. Mc Clain and Associates
PO Box 123
Narberth, PA 19072-0123