United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                          Case No. 17-12411-amc
Genelle N. Walton                                               Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-2           User: YvetteWD              Page 1 of 1           Date Rcvd: Oct 10, 2018
                               Form ID: pdf900             Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 12, 2018.
```
db             +Genelle N. Walton,    7150 N. 20th Street,    Philadelphia, PA 19138-2128
               +COPA Executive Off-Bur of Comm PAy Op,    PO Box 8006,    Harrisburg, PA 17105-8006
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 12, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 10, 2018 at the address(es) listed below:
```
              JACK K. MILLER     on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com,
               ecfemails@ph13trustee.com
              JOHN L. MCCLAIN    on behalf of Debtor Genelle N. Walton aaamcclain@aol.com,    edpabankcourt@aol.com
              LEON P. HALLER     on behalf of Creditor    Pennsylvania Housing Finance Agency lhaller@pkh.com,
               dmaurer@pkh.com;mgutshall@pkh.com
              MATTEO SAMUEL WEINER     on behalf of Creditor    Pennsylvania Housing Finance Agency
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                             TOTAL: 6
```

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: : Chapter 13
    Walton, Genelle N.
    Debtor : 17-12411

**AMENDED ORDER DIRECTING EMPLOYER* TO MAKE WAGE**
**DEDUCTIONS FOR REMITTANCE TO TRUSTEE**

**TO EMPLOYER:**
**COPA Executive Off-Bur of Comm Pay Op**
**PO Box 8006**
**Harrisburg, PA 17105-8006**

Re: **Walton, Genelle N.**
SSN: xxx-xx-0783

    The future earnings of the above named debtor Walton, Genelle N., being subject to the continuing supervision and control of the court for the purpose of enforcing the terms of the debtor's amended chapter 13 plan,

    **It IS HEREBY ORDERED** that the employer of the debtor shall deduct from the earnings of the debtor, beginning with the next pay period following the receipt of this order the sum of: **$380.00 for 15 months (Started on 5/1/17), then as of August 1, 2018, the payment shall decrease to $250.00 monthly for a period of 21 months,** pro rata per pay period (if paid weekly divide by four, biweekly divide by 2 for the amount per pay period).

    The employer shall continue said deductions until further Order of this Court and shall remit all monies withheld from the debtor's earnings at least monthly, or more frequently if convenient, in the dollar amounts stated below to: the chapter 13 Trustee whose names and addresses that appear below.

    **$380.00 for 15 months (Started on 5/1/17), then as of August 1, 2018, the payment shall decrease to $250.00 monthly for a period of 21 months to:**

    William C. Miller, Trustee, P.O. Box 1799, Memphis, TN  38101-1799.

        BY THE COURT:

**Date: October 10, 2018**        _____
                              JUDGE   ASHELY M. CHAN

COPA Executive Off-Bur of Comm Pay Op
PO Box 8006
Harrisburg, PA 17105-8006

Walton, Genelle N.

7150 N. 20th Street
Philadelphia, PA 19138

William C. Miller, Trustee
P.O. Box 40119
Philadelphia, PA 19106

John L. Mc Clain, Attorney for Debtor
John L. Mc Clain and Associates
PO Box 123
Narberth, PA 19072-0123