**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: : Chapter 13
Walton, Genelle N.

Debtor : 17-12411

### ORDER FOR ALLOWANCE OF COMPENSATION
### AND REIMBURSEMENT OF EXPENSES

AND NOW, this  30th  day of  October , 2018, upon consideration of the Application for allowance of Compensation and Reimbursement of Expenses filed by Debtor's counsel, IT IS HEREBY

**ORDERED** that the Application is granted and compensation of $7,000.00 and $0.00 in expenses are **ALLOWED,** and the unpaid balance of $6,500.00 and $0.00 shall be paid through debtor's Chapter 13 Plan through the office of the Chapter 13 trustee as an administrative priority expense, to the extent provided for by the Debtor's confirmed plan.

_____
Ashely M. Chan, U.S. Bankruptcy Judge

John L. Mc Clain, Attorney for Debtor
John L. Mc Clain and Associates
PO Box 123
Narberth, PA 19072-0123

William C. Miller, Trustee
P.O. Box 40119
Philadelphia, PA 19106

Walton, Genelle N.
7150 N. 20th Street
Philadelphia, PA 19138