United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 17-12411-amc
Genelle N. Walton                                                   Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: YvetteWD            Page 1 of 2              Date Rcvd: Apr 16, 2020
                              Form ID: 138NEW           Total Noticed: 37

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 18, 2020.
```
db             +Genelle N. Walton,    7150 N. 20th Street,    Philadelphia, PA 19138-2128
cr             +PRA Receivables Management, LLC,    PO Box 14067,    Norfolk, VA 23518-0067
13895984       +Aes/goal Financial,    Po Box 61047,    Harrisburg, PA 17106-1047
13915872       +American Education Services,    PO BOX 8183,    HARRISBURG, PA 17105-8183
13964511       +CASH NET,    Williamson and Brown,LLC,    4691 Clifton Pkwy,    Hamburg, NY 14075-3201
13895989       +Fed Loan Servicing,    PO Box 69184,    Harrisburg, PA 17106-9184
13895991       +First National Credit Card/Legacy,    First National Credit Card,    PO Box 5097,
                 Sioux Falls, SD 57117-5097
13895992        Fst Premier,    601 S Minneapolis Ave,    Sioux Falls, SD 57104
14037638        GLHEC & Aff OBO Great Lakes Higher Ed Guar Corp,    PO Box 8961,    Madison WI 53708-8961
13895995       +John L. McClain and Associates,    PO Box 123,    Narberth, PA 19072-0123
13895996       +KML Law Group, PC,    701 Market Street,    Philadelphia, PA 19106-1538
13968684       +Matteo S. Weiner, Esquire,    KML Law Group, P.C.,    Atty for Pennsylvania Housing Finance,
                 701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
13896000       #+Perfection Collection,    313 E 1200 S,    Orem, UT 84058-6972
13896002       +Trident Asset Management,    Attn: Bankruptcy,    PO Box 888424,    Atlanta, GA 30356-0424
13962770        U.S. Department of Education,    C/O FedLoan Servicing,    P.O. Box 69184,
                 Harrisburg, PA 17106-9184
13903736       +U.S. Department of Housing and Urban Development,    451 7th Street S.W.,
                 Washington, DC 20410-0002
13896003       +Water Revenue,    City of Philadelphia,    PO Box 41496,    Philadelphia, PA 19101-1496
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Apr 17 2020 05:00:44     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 17 2020 04:59:54
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 17 2020 05:00:36     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13895985       +E-mail/Text: EBNProcessing@afni.com Apr 17 2020 05:00:23     Afni,    PO Box 3427,
                 Bloomington, IL 61702-3427
13895986        E-mail/Text: megan.harper@phila.gov Apr 17 2020 05:00:43     City of Philadelphia,
                 Law Dept Tax Unit,    1515 Arch Street, 14th Floor,    Philadelphia, PA 19102
13990426        E-mail/Text: megan.harper@phila.gov Apr 17 2020 05:00:44     Water Revenue Bureau,
                 c/o Pamela Elchert Thurmond,    Law Department  Tax Unit MSB,
                 1401 John F. Kennedy Blvd., 5th Floor,    Philadelphia, PA  19102-1595
13895987       +E-mail/Text: convergent@ebn.phinsolutions.com Apr 17 2020 05:00:35
                 Convergent Outsoucing, Inc,    PO Box 9004,    Renton, WA 98057-9004
13895988       +E-mail/Text: bknotice@ercbpo.com Apr 17 2020 05:00:20     ERC/Enhanced Recovery Corp,
                 8014 Bayberry Rd,    Jacksonville, FL 32256-7412
13895990       +E-mail/Text: bnc-bluestem@quantum3group.com Apr 17 2020 05:01:15     Fingerhut,
                 6250 Ridgewood Rd,    St Cloud, MN 56303-0820
13895994       +E-mail/Text: dleabankruptcy@hrblock.com Apr 17 2020 04:59:23     H&R Block,
                 Emerald Financial Svcs,    PO Box 30040,    Tampa, FL 33630-3040
13895997       +E-mail/Text: bankruptcydpt@mcmcg.com Apr 17 2020 05:00:15     Midland Funding,
                 Attn: Bankruptcy,    PO Box 939069,    San Diego, CA 92193-9069
13902693        E-mail/PDF: cbp@onemainfinancial.com Apr 17 2020 05:04:36     ONEMAIN FINANCIAL,
                 P.O. BOX 3251,    EVANSVILLE, IN 47731-3251
13895998       +E-mail/PDF: cbp@onemainfinancial.com Apr 17 2020 05:04:36     OneMain,    Attn: Bankruptcy,
                 601 NW 2nd St,    Evansville, IN 47708-1013
13903318       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 17 2020 05:04:56     Orion,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13933114       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 17 2020 05:03:42
                 Orion Portfolio Services LLC,    c/o PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
13983059        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 17 2020 05:04:55
                 Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA 23541
13902843       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 17 2020 05:04:55
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13895999       +E-mail/Text: blegal@phfa.org Apr 17 2020 05:00:18     Pa Housing Finance Age,    PO Box 8029,
                 Harrisburg, PA 17105-8029
14004790       +E-mail/Text: blegal@phfa.org Apr 17 2020 05:00:18     Pennsylvania Housing Finance Agency,
                 211 North Front Street,    Harrisburg, PA 17101-1406
13896001       +E-mail/Text: bankruptcy@sw-credit.com Apr 17 2020 05:00:18     Southwest Credit Systems,
                 4120 International Parkway Ste 1100,    Carrollton, TX 75007-1958
13903736       +E-mail/PDF: OGCRegionIIIBankruptcy@hud.gov Apr 17 2020 05:04:48
                 U.S. Department of Housing and Urban Development,    451 7th Street S.W.,
                 Washington, DC 20410-0002
                                                                                             TOTAL: 21
```

```
District/off: 0313-2            User: YvetteWD              Page 2 of 2                   Date Rcvd: Apr 16, 2020
                                Form ID: 138NEW             Total Noticed: 37


              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           +Orion,    c/o PRA Receivables Management, LLC,     PO Box 41021,    Norfolk, VA 23541-1021
13895993*     +Genelle N. Walton,    7150 N. 20th Street,    Philadelphia, PA 19138-2128
                                                                                              TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 18, 2020                                          Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 16, 2020 at the address(es) listed below:
```
              JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com,
               ecfemails@ph13trustee.com
              JOHN L. MCCLAIN    on behalf of Debtor Genelle N. Walton aaamcclain@aol.com,   edpabankcourt@aol.com
              KEVIN G. MCDONALD    on behalf of Creditor    Pennsylvania Housing Finance Agency
               bkgroup@kmllawgroup.com
              LEON P. HALLER    on behalf of Creditor    Pennsylvania Housing Finance Agency lhaller@pkh.com,
               dmaurer@pkh.com;mgutshall@pkh.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Pennsylvania Housing Finance Agency
               bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Pennsylvania Housing Finance Agency
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                              TOTAL: 8
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Genelle N. Walton

    Debtor(s)

Bankruptcy No: 17−12411−amc
Chapter: 13

___

### *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

> 900 Market Street
> Suite 400
> Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

> For The Court
> Timothy B. McGrath
> Clerk of Court

Dated: 4/16/20

74 − 73
Form 138_new