Certificate Number: 03088-PAE-DE-034540920

Bankruptcy Case Number: 17-12411



03088-PAE-DE-034540920

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 8, 2020, at 8:39 o'clock PM CDT, Genelle N Walton completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   June 8, 2020                    By:    /s/Maria Arreguin

                                        Name:  Maria Arreguin

                                        Title: Counselor