**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | : Chapter 13 |
| Walton, Genelle N. | |
| Debtor(s) | : 17-12411 |
| : | |

**ORDER TERMINATING WAGE ORDER**

**AND NOW,** this 6th day of November 2020, upon consideration of the Debtor's counsel's Application to Terminate Wage Order, it is hereby

**ORDERED**, that the wage order previously entered in this case, directing COPA Executive Off-Bur of Comm Pay Op to make monthly payments on behalf the debtor to the chapter 13 trustee, is hereby terminated.

_____
ERIC L. FRANK
U.S. BANKRUPTCY JUDGE

COPA Executive Off-Bur of Comm Pay Op
PO Box 8006
Harrisburg, PA 17105-8006

John L. Mc Clain, Attorney for Debtor
John L. Mc Clain and Associates
PO Box 123
Narberth, PA 19072-0123

Walton, Genelle N.

7150 N. 20th Street
Philadelphia, PA 19138

William C. Miller, Trustee
P.O. Box 40119
Philadelphia, PA 19106